**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| DONTE ROLLINS, | : No. 108 EM 2016 |
| Petitioner | : |
| v. | : |
| COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, | : |
| Respondent | : |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 1st day of September, 2016, the Application for Leave to File Original Process is **GRANTED**.

     The Petition for Writs of Mandamus and Prohibition is **DENIED, WITHOUT PREJUDICE** to Petitioner to pursue similar relief in this Court following the impending hearings before the common pleas court.